Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Jennifer Desir
_____

versus

Walmart.inc
_____
_____
_____

§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

EMPLOYMENT DISCRIMINATION COMPLAINT

1.　　This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.　　The Plaintiff is: 　　　　　　Jennifer Desir

　　　Address: 　　　　　　　　2525 S voss rd 437

　　　　　　　　　　　　　　　Houston , Texas, 77057

　　　County of Residence: 　　　Harris County

3.　　The defendant is: 　　　　Walmart.inc　 Sam's Club

　　　Address: 　　　　　　　　2301 MCGee st Ste 800

　　　　　　　　　　　　　　　Kansas City, MO 64108

☐　　　Check here if there are additional defendants. List them on a separate sheet of paper with

their complete addresses.

4.　　The plaintiff has attached to this complaint a copy of the charges filed on　10/27/2022

with the Equal Opportunity Commission.

5.　　On the date of　11/16/2022　　　　　　　, the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.      Because of the plaintiff's:

    (a)   ☑   race

    (b)   ☑   color

    (c)   ☐   sex

    (d)   ☑   religion

    (e)   ☑   national orgin,

the defendant has:

    (a)   ☐   failed to employ the plaintiff

    (b)   ☑   terminated the plaintiff's employment

    (c)   ☐   failed to promote the plaintiff

    (d)   ☐   other:   Retaliated against the Plaintiff , Caused high level of emotinal distress, pain & suffering , economic damages , resulting in the loss of life enjoyment for the plaintiff.

7.      When and how the defendant has discriminated against the plaintiff:

The defedant discriminated against the plaintiff due to race (Black), Place of Origin (Haiti) , Religion (7 day adventist ) from February 23 ,2022 up until May 26,2022.

8.      The plaintiff requests that the defendant be ordered:

    (a)   ☐   to stop discriminating against the plaintiff

    (b)   ☐   to employ the plaintiff

    (c)   ☐   to re-employ the plaintiff

    (d)   ☐   to promote the plaintiff

(e) ☐ to    Stop the acts causing harm to employees.

Monetary and punitive damages in a sum of 377 million dollars.

and that;

(f) ☑    the Court grant other relief, including injunctions, damages, costs and attorney's fees.

*Jennifer Desir*

(Signature of Plaintiff)

Address:    2525 S voss rd 437

Houston , Texas, 77057

Telephone:    504-908-2756

Appendix B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

| | | |
|---|---|---|
| Jennifer Desir | § | |
| | § | |
| versus | § | CIVIL ACTION NO. _____ |
| | § | |
| Walmart.inc | § | |
| | § | |
| | § | |
| | § | |

## ORIGINAL COMPLAINT

Attached is a copy of original complaint and general complaint and supporting evidence.

1

General Complaint

I believe I was discriminated against for my religion by my last employer Walmart/ Sam's club
and this is why.  My first day working for Sam's club was february 21,2022 , at the end of my
shift on february 23 I went to the office to speak with Melissa Stafford , the hiring manager about
schedule accommodations and ask for saturdays off due to my religion but mentioned that I
would not mind working on sundays. I began to explain that my religion requires us to observe
the sabbath. That day Melissa told me that she only knows that the company only honored
muslims and that she never heard of the sabbath , she continues to say that the weekends would
be my busiest days and most likely will not be off on those days but if needed then she would
allow me to go to my event for the hours and come back. At that time i realized that it was not
the best time to get in depth about it since Natalie (front end manager) was also in the room , so
instead of prolonging the conversation I told her that it might best if we revisit the conversation
at another time and ask if she needed anything else from me  then left.It was then followed by
several conversations about having my sabbaths off. We had a conversation about it on February
24 but even then she was still scheduling me to work on saturdays. On April fourth we had
another conversation about it , due to the fact that she scheduled me to work the previous
Saturday on the second of April , which at that point started to look more discriminatory than a
simple mistake , specially after learning that all my other associate do get their weekends off for
personal reasons but someone like me could not. During that conversation Melissa got agitated at
the fact that I keep asking and won't give up on faith , she then told me " this is my club ,I do the
schedule how i please and if you don't like the way I run things then find another job ". That day
I decided to go on the wire , which describes the position in depth with scheduling included. She
proceeded to reply that she would honor my Saturdays, but she would not grant me all my
weekends off . On April 16 she decided to schedule me on a saturday again for no reason at all
since the recommended schedule for the Sales and training manager position is weekdays, upon
confirming on video call with Kyle Wright (director) he also clarified that we were right . On
April 19 , I was called into the office where we had another conversation about scheduling and
was then told that I have already called off for three days now and that things are not like that
and I needed to request  two to three weeks in advance for it to get approved. It was then i
realized that she was only trying to antagonize me, that day I have only missed one day during
the duration of my employment which did not make any sense ,I asked to show me proof of what
she was saying, she then pulled up an excel sheet and begin to show me the managers name and
dates missing , but obviously forgot to add my name to it. Lastly on april 28 ,2022 we ended up
having a follow up conversation about expectations and scheduling again,in which she
reconfirmed that she was  going to stick with the schedule which was wednesdays and saturdays
off;She also asked if i think i would be able to achieve that, in which I reiterated yes but may be
not every sundays.

2

I Believe I was discriminated against Race and place of origin by my Sam's club because , I received an email from the recruiter expressing Sam's club interest in interviewing me in person on 01/27/2022 ,which was then switched to a video call with the hiring manager on 02/02/2022.During the video call , she insisted on not showing her face , her excuse was that she was having a bad hair day. A three way video interview , ended up being a two way call after Melissa claimed technical difficulties. The onboarding in whole process felt off , everything felt unwelcoming.On february 23,after my (CBL's video)  those are basically training videos, I was told to ask the receiving manager for instructions on how to help with inventory. On Friday 25th, I was asked again to go find a scanner to continue the job, via a text message I responded that I could not find any scanners available and decided to go up to the office and waited. After three strenuous days I was still being pushed to finish the whole store alone with no help, The section mentioned in the messages was literally the rest of the store. At the end of that day , I was called into the office where Melissa and Natalie finally decided to give me an overview of what the position entails, and also give me the grand tour of the warehouse.I was then told that I could use any room or office when needed and was given the equipment room as my personal space.
On Monday february 28th , I was told that I should have already learned what I needed and should I should get ready to be on the floor pushing numbers by Wednesday the 30th. A week or so later I asked Kim, who was a supervisor, If she could assign me a personal Sam's card , she replied that " we don't have anymore" . Unbothered , I decided to purchase my own card.Later on I decided to ask Shantel to assist me on upgrading my membership to a Plus , she replied that she would have to be the one who does it for me . It was then I realized that the process was no different for employees, annoyed I asked if I could possibly get a refund on my old purchase and start my free membership. Shantel kindly obliged in helping with the process.

On March 8,2022 I was sent a message via text with a quota saying that she was expecting to see 40% on Plus first memberships , 25 plus a day , 25 credit a day and 30 each for the weekend. "How are we rolling so far? " she asked , in effort to check for progress On March 9. She checked again on March 11 , which by then my plus first was 55.17% , she replied that if we could get to 100% that would be great. On March 15 , for clarification I sent a text asking if the standard 40% was just for the month or the quarter, her reply was that it was the minimum expectation and ideally 100% was the goal.
Calculation for success in the Sales & training manager position mentioned that by days 60-90 satisfactory requirements would be in question if the club has not exceeded an increase of at least 5% in plus first and 5%-10% in credit submission. (see  Membership Representative page attached ). But according to Melissa the expectations for her club were different (attached is email/workday page). The company asked for 5-10 appointments per event , but she said they wanted  5-10 appointments per week. All her expectations contradict everything told in orientation , website and calls.

3

Despite the toxic environment they have created , and the emotional distress purposely being inflicted;they have also given me reasons to fear for my life.From the beginning I figured that I would have to watch my back , but I never imagined that they would actually go as far as trying to hurt me. April 11, 2022 I was running late , my tires was shaking but I thought nothing of it since it was raining .I texted Melissa saying that I would be running a little late, upon my arrival everyone attitude seemed to be different, as if they was surprised or shocked that I made it .On sunday April 17th, after a church service I walked to my car and found a note saying that I was missing logs on tires, two to three logs was missing out of each tires expect one . On tuesday the 19th for the first time Melissa began to spark conversation, the conversation consisted on Her asking me who I moves and stayed with , If i had any friends , family or boyfriends in Houston , if I am outgoing person and was told that I should start looking for a man and that I am not getting any younger.

On the 21st of april in front of two other managers, I decided to ask the Hired officer which jurisdiction that he worked in , indirectly talked about my missing logs and asked for advice. He advised that I should report it to officers in my jurisdiction and asked to take a look at the car , to his surprise he also found the missing logs odd, since the tires were not taken , he assured me that it must have been some petty thief trying to steal my tires. On April 26th I decided to tell Melissa about my car being tempered with and that I opened an investigation to find out what happened. That day everyone seems to have found out about our conversation , though we were the only two in the office and no one was in yet .Strangely the whole shift everyone started to act nervous and oddly suspicious. What's crazy was that I forgot to mention the investigation I opened was at my apartment since I did not want to start pointing fingers seeing how common that incident was , or worse being unnecessary trouble at the place of employment.

I was constantly followed and spied on around the store as if I was an trustworthy employee.On several occasions I was able to catch and pinpoint that I was indeed being followed , on April 22,2022 I caught an employee name Caleb spying on me as I was talking to an associate in Optical ,when caught he acted as if he was only wiping the television he stood by , meanwhile there was only one cashier dealing with a slew of customers. Then there was Natalie secretly eavesdropping on a conversation I held with a frontend associate, when she realized that she could not really make out what was being said , she decided to move closer by the tire department to do so.There was several other occasions which led me to believe that I was being watched or spied on, I never understood the reason for the profiling but it was alarming.

I was treated differently than any other managers or associates in the store. I was often left out of company meetings and was denied holding one on my own, though it would benefit us as a team.I was tasked to deliver and produce way more than any other sales associate, my cries for help when unheard , and they would erase and delete my messages every time I went on our Sales meeting page to talk about the overload and ask for help.

4

I believe I was retaliated against by Sam's club because after April 26 , production started slowing down and things seemed to be going downhill. On May 26 after texting her information about this SIF event I planned on attending because I believed it would be beneficial since they would be Officials there, she replied that she did not want me to go to that event and she would show me what she needed for me to do instead. Frustrated, I decided to take an early lunch , and an hour later I came back to attend a mandatory zoom call; I received a message asking me to come to the office , so I did. After telling me about the call , she insisted that I stay and watch it with her. After the call , anxiously I decided to discuss my plans for my upcoming SiF event and the last one I attended, at the time Natalie walked in the room.During that conversation she brought up that the way that  I'm trying to do things is not what the company is asking of me . I was told that instead of trying to acquire business from  new companies and organizations , I needed to be calling the old companies whom we already had business with. After so many red flags this had me puzzled since she knew that would only mean a membership renewal and that my commission come from new businesses. After asking how come , since that contradicts,

Natalie stepped in trying to justify her reasons, after that conversation I thanked her and gather my things to leave as Natalie was leaving but she told me to sit back down , she was not done. She then looked at me  and said that she would have to let me go. Her reasoning was that my goals and plans are not the company's goals nor am I doing what they have been  asking of me. She then started saying that I've only been there for 60 days and missed more days than any other managers in the club, and that she no longer needed to pay for the position anymore and asked if I had any questions. In fear I replied no , and began to make my way out of the office. In a quick glimpse I noticed that she was literally smiling from ear to ear as if this whole thing was funny to her.

June 09,2022  my last check was due for deposit , I received nothing but five dollars and eight cents. Which made no sense , I was on a 50,000 dollars salary  which was due every two weeks, I worked 50 hours that week , confused I decided to call about my check. I called open door  and payroll at least 3 times and no one seems to have any idea what happened to my check, they could not locate it.At last one of the employees finally decided to give me Alona Hollis number ,telling me she was the best person to speak to about that and was also told to contact my club manager about the missing check and if anything she might have to write me a check. On June 17, 2022 after my call went to voicemail I decided to send a text message telling her that I was told to contact her about my missing check. Melissa replied and asked If I do direct deposit , she went on to say that she would go check the safe for it and that she can't write out checks at a club level, and was told to contact Lisa about it since she handles manager payouts. Decided to call Alona at last in hope of locating my missing check , she then went on to say that i should have received it and that my bank must have stole it , she told me to call my bank out on it and gave me a trace number to do so ( 606-333-989). Afterwards I ask if by any chance anyone could send me at least a paper check or stubs and was told that they don't do that, I continued to ask if there's at least a website I could go check or look at my stubs and was then told that She found \

5

the found the check and it was the walmart alumn website. After locating the check , I was
surprised to find out my check was indeed five dollars and eight cents and that the rest was
taken for whatever reason. Distraught, I later filed a wage claim and was told that there were no
mistakes with the calculations and my check amount was in fact five dollars and eight cents.
Already knowing the motives were malicious I followed up with an appeal, I later received
stating that I may be eligible for an appeal and that both me and the defendant would soon be set
up for a hearing.

I believe I was discriminated due to  my race (Black ), place of origin (Haiti) , Religion (7 day
adventist) was retaliated against for complaining about unfair treatment in Violation of the Civil
rights Act of 1964, as amended. Including the texas payday law. In addition the violations and
unfair treatments, I was subjected to workplace deceptions.I was hired on the intent that they was
offering a Permanent position on contract yet my offer letter described the position as some at
will 1099 contractor just to find out I was on some 90 days training for hire position.From the
offer letter to my insurance letter claiming two different salaries I believe I was most definitely
discriminated against for all the reasons described above.



02/09/2022

Hiring Manager: Melissa Stafford
Sam's Club 8274
12205 WEST RD, HOUSTON, TX 77065-4522
Phone #: (281) 955-2071

Dear Jennifer Desir,

We are pleased to confirm our offer to you for a (USA) Sales and Training Manager - Membership for (USA) Club 8274 MANAGEMENT PM-18 SAM'S CLUB In HOUSTON, Texas with Sam'S East, Inc. This position will report to Melissa Stafford.

The following outlines the terms of our offer but does not constitute a contract of employment or a guarantee of employment.

**Compensation**

Your initial base salary will be $50,000.00 and you will be paid bi-weekly. Salaries are typically reviewed during the annual process that takes place during the first quarter of the Company's fiscal year. Associates employed prior to November 1st may be eligible for a salary increase the following fiscal year based upon their individual performance ratings.

**Membership Representative Incentive Plan:**
After 60 days in the Membership Representative role you will be eligible to participate in the Sam's Club Membership Representative Incentive Plan. This plan currently allows you to earn an incentive quarterly based on the business reaching certain pre-established performance measures.

**Benefits**

**Health Benefits:** As a Walmart associate, you'll have easy access to better living through our medical, dental, vision and supplemental insurance plans. After you join, you'll receive personalized materials about your plan options and enrollment details.

**Paid Time Off (PTO):** Your Paid Time Off (PTO) program includes time for vacation, sick, personal and holiday time off. As a salaried associate, you will receive a grant of PTO each February 1 for the plan year ending on January 31 of the following calendar year. While your entire PTO grant will be advanced and available for use on February 1, you accrue PTO each month. You will receive 21 days of PTO on the first full plan year after your hire date with the company. For your first year, your PTO grant will be pro-rated based on the New Hire Schedule if your hire date is after February 1. As your tenure with the company increases, your PTO grant also increases according to PTO guidelines.

**Walmart 401(k) Plan:** You will be eligible to participate in the Walmart 401(k) Plan from the first day of your employment. After you've been here a year, for every dollar you put in, Walmart will add another dollar, up to 6 percent of your eligible pay*.

When you come to work for Walmart, you may have pretax funds invested in a previous employer's retirement plan. These plans can include a 401(k) plan, a profit-sharing plan, a 403(b) plan of a tax-exempt employer or a 457(b) plan of a governmental employer. You may be able to roll over that money to the Walmart 401(k) Plan. To find out more about making a rollover



contribution to the Plan, visit call Merrill Lynch at 888-968-4015.



sam's club ◇

Membership Representative

First 90 Days Internal and External Hires

◇    Work ⟩ Club Hub ⟩ Member Team ⟩ Membership ⟩ Sales and Training Manager - Membership ⟩ Membership Representative Training

## First 30 Days

- Get acclimated with links and information on Membership Rep Wire Page
- Complete computer-based learning programs
- Membership training
    - Benefits of Membership (basics)
    - Understand benefits of membership and how Plus First and Credit benefit the member and club
- Utilize trainer toolkit for information on understanding and adapting to adult learning behaviors
- Ensure all membership equipment is working (SIF iPad and Payment devices)
    - Create support tickets for any issues that need addressed
- Front end operations
    - Understand what a cashier and desk associate job functions entail
    - Review current processes for Plus First and credit applications
        - Review individual associate performance of Plus First and Credit
- Develop training plan for Plus First and Credit based improving processes and individual associate performance.
- Reporting
    - Membership Rep Dashboard
    - KPI

## Days 31-60

- Implement training for associates on Plus First and Credit
- Improve on current club performance for Plus First and Credit by 5-10%
- Develop SIF plan/calendar

## Days 61-90

- Has Plus First increased at least 5%?
    - If not evaluate plan and prepare to make changes to current process
- Begin executing SIF events. No more than a max of 50% of time as outlined in Club Manager Guide
    - Time spent on SIF can increase once club has exceeded the minimum threshold on Plus First. Still not to exceed 50% of time
- Consistent performance and improvement across all three metrics
    - Minimum 5% improvement on Plus First and exceeding minimum threshold
    - Executing Membership drives which are not exceeding 50% of time
    - Daily credit app submissions increased by 5-10%



# Day in the Life Schedule

A Sales and Training Manager- Membership is responsible for developing a membership culture throughout the club and building relationships in the community. This is accomplished through 1:1's, training, working side by side, observing associates. For this to be accomplished, a Sales and Training Manager should work at times that are ideal for training and observation of associates where they can provide immediate feedback to associate performance.

- Recommended schedule | Monday through Friday 8-6 or 9-7
  - This provides time to work with organizations within the community.
  - Schedules are subject to change and may vary during peak times and holidays in order to support membership. A Sales and Training Manager is scheduled for 50 hours per week.
- The focus should be:
  - Partnering alongside Member Specialty Manager and Member Service leads to understand challenges and opportunities with membership and associate execution of presenting membership.
  - Assessing individual associate performance, understanding their challenges and obstacles, and devising a plan to help them overcome them.
  - Working with associates and departments to improve membership knowledge and presentation (i.e. TBC, Electronics, Club Pick Up, Pharmacy/Optical).
  - Building relationships in the community with large employers and organizations for brand and membership opportunities.

Training example
- Executing 1:1/role play with frontline associate to understand their challenges with Plus and Credit.
  - Where do they struggle in presenting the benefits of Plus or Credit?
  - What objections do they hear most from members/prospects which they struggle overcoming?
  - Evaluate current metric performance and establish obtainable short term goals.
- Spend time working side by side with associates to implement plans and help them adjust as needed.
  - This could be several consecutive hours one day while you assess each presentation with a member and offer feedback in the moment for them to utilize on the next transaction.

This is not a supervisor or manager role in terms of the club operations. 'Manager' is included in the title as they manage membership within the club, but do not have direct reports or support daily operations such as
- Register overrides
- Carrying keys to the club
- Spark
- Opening/closing the building as a manager on duty