United States District Court
Southern District of Texas

**ENTERED**
March 20, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER DESIR, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-00700 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WALMART INC, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Jennifer Desir, proceeding *pro se*, filed an Employment Discrimination Complaint against Defendant Walmart, Inc. Dkt 1.

Pending is a Memorandum and Recommendation by the Magistrate Judge recommending that the motion to dismiss by Defendant be granted and the claims against it be dismissed with prejudice. Dkt 39.

Also pending is a motion by Plaintiff for notice of non-suit without prejudice, which was filed on the deadline to file objections to the Memorandum and Recommendation. Dkt 43.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 39.

The motion by Defendant to dismiss is GRANTED. Dkt 27.

The pending motion for nonsuit by Plaintiff is DENIED AS MOOT in light of the adoption of the Memorandum and Recommendation. Dkt 43.

This case is DISMISSED WITH PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on March 20, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge